FILED
CHARLOTTE, NC

MAY 29 2007

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC



Carolina Western
# MEMORANDUM

**Date:** May 22, 2007

**To:** The Honorable Carl Horn, III
U.S. Magistrate Judge

**CC:** Keith S. Snyder, II
Supervising U.S. Probation Officer

**From:** Brian L. Hopkins
U.S. Probation Officer

**Subject:** Roy Jones
Docket No. 3:06CR123

---

On 04/24/2007, the above named appeared before Your Honor in reference to a pending Supervised Release violation matter and was released on a $10,000 unsecured bond. At that time, Your Honor specified that Mr. Jones was to establish an alternative residence as he had been residing with his girlfriend, April Burris. During the hearing, Mr. Jones indicated he would be able to comply with the Court's directive. However, since his release, Mr. Jones has informed the probation officer that he could not secure an alternative residence and has no choice but to remain in the home of his girlfriend. In addition, the defendant tested positive for cocaine use on 05/15/2007. Based on this information, the probation officer is requesting the Court's direction as to how to proceed. Please advise if Your Honor wishes the defendant to be returned before the Court as a bond violator to address these issues or if Your Honor wishes the probation officer to hold the stated violations in abeyance until the Supervised Release violation matter is adjudicated. Should Your Honor need additional information, please feel free to contact my office at 704/350-7648. Your attention in this matter is appreciated.

---

[ ] Submit a Request for Warrant of Summons
[ ] Take No Action
[X] Other _Use your discretion; whichever course you choose will be acceptable to the Court._

5/23/07
Date

Carl Horn, III
Signature of Judicial Officer